# United States District Court
## for
## Central District of California

U.S. vs. Rodney Bernard Elpheage          Docket No. CR 14-734-MMM-ODW

## "STAR" Program Status Report (Compliance)

Hearing Date  3/31/16

There have been no violations since the last appearance in the "STAR" Program. Accordingly, the Team recognizes the participant's accomplishments by taking the following actions:

☑ Case continued without further action

☐ Other: _____

☐ Changes in current treatment: _____

☐ Reside at and satisfactorily participate in a residential re-entry center (RRC) under the <u>pre-release component</u> for a period not to exceed _____ days or until successfully discharged by the Probation Officer and RRC Director and the PO. Subsistence is waived.

All previously imposed terms and conditions of Probation or Supervised Release remain in effect, unless expressly noted otherwise.

The next STAR Program review date is on 4/7/16 at 1:45 p.m. at the U.S. Courthouse, 312 North Spring Street, Los Angeles, California, 90012.

_____:00
SCE

**ADDITIONAL COMMENTS:**

Excused

PSI/SUP707
02/01/2010